# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **QUINCETTA Y. CARGILL,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:19-cv-01339-RDP-JEO |
| **STATE OF ALABAMA, et al.** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 4, 2020, the Magistrate Judge entered a Report and Recommendation recommending the petition for habeas corpus, (Doc. # 1), be dismissed with prejudice. (Doc. # 10). No objections have been filed. After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendation. In accordance with the Recommendation, the court finds that the petition for writ of habeas corpus is due to be dismissed with prejudice.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this June 16, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE